# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **RODNEY G. CULLINS,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIV-13-088-JHP-KEW |
| | ) | |
| **JUSTIN JONES, Warden,** | ) | |
| | ) | |
| Respondent. | ) | |

## OPINION AND ORDER

Petitioner has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. A review of the petition, however, indicates petitioner was convicted in Delaware County, Oklahoma, which is located within the territorial jurisdiction of the Northern District of Oklahoma. Therefore, in the furtherance of justice, this matter may more properly be addressed in that district.

Accordingly, pursuant to 28 U.S.C. § 2241(d), petitioner's petition for a writ of habeas corpus is hereby **transferred to the United States District Court for the Northern District of Oklahoma** for all further proceedings.

**IT IS SO ORDERED** this 7th day of March 2013.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma